

**SO ORDERED.**
**SIGNED this 9th day of August, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rachel Ralston Mancl*
Rachel Ralston Mancl
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:    Justin Tyler Kennedy                    #19-51252-RRM
                                                   Chapter 13

ORDER DISMISSING CHAPTER 13 CASE

The Chapter 13 Trustee having filed a motion to dismiss this chapter 13 case pursuant to 11 U.S.C. §1307(c) and after notice and a hearing held, the court directs the following:

1.  The motion to dismiss is granted and this case is hereby dismissed.

2.  Any wage order previously entered by this court is vacated, and the employer or other entity must cease withholding income for payment to the trustee.

3.  If an order confirming a plan has been entered, the chapter 13 trustee is directed to disburse the balance of funds on hand in conformance with that plan.  Otherwise, the chapter 13 trustee is directed to return those funds to the debtor(s) after payment of administrative expenses, including the filing fee as required by E.D. Tenn. LBR 5080-1.

# # #

**APPROVED FOR ENTRY:**

s/ Gwendolyn M. Kerney_____
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
314 Erin Drive, Ste. 201
Knoxville, TN.  37919
(865) 524-4995